FILED

06/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0606

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0606

IN THE MATTER OF Z.L.,

A Youth.

**GRANT OF EXTENSION**

Upon consideration of Appellees' motion for a 30-day extension of time, and good cause appearing therefor, Appellees are granted an extension of time to and including July 27, 2020, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 26 2020